# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTIS C. CARROLL, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-3885 |
| | : | |
| DONALD R. TOTARO, LANCASTER COUNTY OF PENNSYLVANIA | : : | |

# ORDER

**AND NOW**, this 4th day of October 2022, having granted the incarcerated Plaintiff leave to proceed without paying fees (ECF Doc. No. 5), now completed screening the pro se Complaint for merit under section 1915, finding Plaintiff cannot plead civil rights violations against the state court sentencing judge or against the County where the judge sentenced Plaintiff, declining to exercise supplemental jurisdiction, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **DISMISS** Plaintiff's Complaint (ECF Doc. No. 2) with prejudice as his claims are frivolous and lack merit; and,

2. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**